UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.D., individually and on behalf of L.D., a child with a disability,

                        Plaintiffs,

                -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.
------------------------------------------------------------X

20 Civ. 6060 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties request adjournment of the briefing schedule in this case to: (1) exchange documents and (2) pursue settlement discussions (Dkt. No. 12).  It is hereby

    **ORDERED** that by **January 4, 2021**, Plaintiffs shall file a motion for summary judgment, not to exceed 25 pages.  By **January 25, 2021**, Defendant shall file the opposition and any cross-motion for summary judgment, not to exceed 30 pages.  By **February 15, 2021**, Plaintiffs shall file a reply and opposition to Defendant's cross-motion for summary judgment if any, not to exceed 15 pages. By **February 22, 2021**, Defendant shall file a reply in support of the cross-motion for summary judgment, if any, not to exceed 10 pages.  Notwithstanding these page limits, each party has discretion over how to allocate its respective 40 pages total of briefing across its two briefs, provided neither party exceeds the 40 pages of briefing total.  It is further

    **ORDERED** that the parties shall Bates-stamp the administrative record (the "Record") such that each page has a unique Bates number.  It is further

    **ORDERED** that, in lieu of separate Local Rule 56.1 statements, the parties shall file a joint statement of undisputed facts ("Joint Statement"), with citations to the Bates-stamped

Record, **by the time that the first brief is due**. The parties shall indicate any disputed facts clearly in the Joint Statement. It is further

**ORDERED** that, within **two days** of the cross-motions being fully briefed, the parties shall email to Chambers a text-searchable copy of the Bates-stamped Record and a Word version of the Joint Statement. Defendant (as the last-to-file party) shall also submit the courtesy copies of all filings to Chambers. Except as provided here, the parties shall follow the Individual Rules on motions, exhibits and courtesy copies.

No further extensions will be granted absent extraordinary circumstances.

Dated: November 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**