UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.D., *individually and on behalf of L.D., a child with a disability*,

                              Plaintiff,                      20 **CIVIL** 6060 (LGS)

               -against-                        **JUDGMENT**

THE NEW YORK DEPARTMENT OF
EDUCATION,

                              Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2021, Plaintiff is awarded $28,289.95, consisting of (1) $21,037.50 in attorneys' fees for the administrative proceeding before Defendant; (2) $6,695 in attorneys' fees for this proceeding and (3) $557.45 in costs. Plaintiff is awarded post-judgment interest on this amount, calculated at the applicable statutory rate, and the case is closed.

**Dated:**  New York, New York
           July 19, 2021

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                       BY:
                                                         **Deputy Clerk**