UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
M.D., *individually and on behalf of L.D., a child          :
with a disability*,                                         :         20 Civ. 6060 (LGS)
                                        Plaintiff,          :
                                                            :              ORDER
            -against-                                       :
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Opinion and Order issued July 16, 2021, awarded Plaintiff $28,289.95. Judgment in this amount was entered on July 19, 2021. On August 10, 2021, Plaintiff appealed.

WHEREAS, on June 21, 2023, the Second Circuit issued its opinion in *H.C. v. N.Y.C. Dep't of Educ.*, No. 21-1582, a consolidated appeal dealing with applications for fees under the Individuals with Disabilities in Education Act. The opinion reversed the July 16 Opinion and Order to the extent it denied Plaintiff's request for attorneys' fees for two hours of travel time. On August 1, 2023, the mandate issued. It is hereby

**ORDERED** that, in accordance with *H.C.*, Plaintiff is awarded $29,039.95, consisting of (1) $21,787.50 in attorneys' fees for the administrative proceeding before Defendant; (2) $6,695.00 in attorneys' fees for this proceeding and (3) $557.45 in costs.

The Clerk of Court is respectfully directed to amend the Judgment to reflect the amounts listed above.

Dated: August 1, 2023
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE